AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Delaware__

BLOCK DRUG COMPANY, INC.,

    Plaintiff,

V.

SEDONA LABORATORIES, INC.

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-350 (KAJ)

TO: (Name and address of Defendant)

    Sedona Laboratories, Inc.
    c/o Delaware Secretary of State
    Division of Corporations
    John G. Townsend Building
    Federal & Duke of York Streets
    Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Steven J. Balick
    John G. Day
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          June 22, 2006

CLERK                                   DATE

_[signature]_

(By) DEPUTY CLERK

∾AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 22, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Marian Hogan | Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Secretary of State of Delaware, 401 Federal Street, Dover, DE 19904 Service accepted by Jamie Stone at 4:38pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6-22-06        Marian Hogan
               Date          *Signature of Server*

32 Wockerman Dr Ste 109 Dover DE 19904
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.