IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SEDONA LABORATORIES, INC., and<br>NUTRI-HEALTH SUPPLEMENTS, LLC<br>d/b/a SEDONA LABORATORIES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-350-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER EXTENDING**
**TIME TO RESPOND TO AMENDED COMPLAINT**

It is hereby stipulated by and between counsel, subject to the approval and order of the Court, that defendant Sedona Laboratories, Inc. shall have up to and including Tuesday August 15, 2006 to answer, move or otherwise respond to the Complaint.

| | |
|---|---|
| ASHBY & GEDDES | HYMSON GOLDSTEIN & PANTILIAT, P.C. |
| */s/ John G. Day* | */s/ David B. Goldstein* |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (ID #3950)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE  19801<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>*Counsel for Plaintiff* | David B. Goldstein<br>14646 N. Kierland Boulevard<br>Suite 255<br>Scottsdale, Arizona 85254<br><br>*Counsel for Defendant Sedona Laboratories, Inc.* |

SO ORDERED this ____ day of _____, 2006.

_____
District Judge

171596.1