AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

BLOCK DRUG COMPANY, INC.,

    Plaintiff,

V.

SEDONA LABORATORIES, INC., and
NUTRI-HEALTH SUPPLEMENTS, LLC
d/b/a SEDONA LABORATORIES,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    06-350-KAJ

TO: (Name and address of Defendant)

    Nutri-Health Supplements, LLC. (d/b/a Sedona Laboratories)
    c/o Delaware Secretary of State
    Division of Corporations
    John G. Townsend Building
    Federal & Duke of York Streets
    Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Steven J. Balick
    John G. Day
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**    July 11, 2006

CLERK                           DATE

_Bet Lin_

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 7-12-06 |
| NAME OF SERVER (PRINT) Marian Hogan | TITLE Service processor | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Division of corporations, John G Townsend Building, Federal + duke of york streets, Dover, DE 19901. Service Accepted by Jamie stone at 2:26 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-12-06
              Date

Signature of Server: Marian Hogan

Address of Server: 32 West Loockerman Street, Suite 109, Dover, De 19901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.