IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Block Drug Company, Inc., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 06-350 (KAJ) |
| : | |
| Sedona Laboratories, Inc. and : | |
| Nutri-Health Supplements, LLC : | |
| d/b/a Sedona Laboratories, : | |
| : | |
| Defendants. : | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, subject to the Court's approval, that the time within which Defendant Nutri-Health Supplements, LLC, d/b/a Sedona Laboratories must answer, move or otherwise respond to Plaintiff's First Amended Complaint is extended until September 8, 2006.

KLEHR, HARRISON, HARVEY,                ASHBY & GEDDES
BRANZBURG & ELLERS LLP


By: /s/ Patrick A. Costello                 By: /s/ Steven J. Balick
    David S. Eagle (DE Bar #3387)               Steven J. Balick, Esq. (DE Bar #2114)
    Patrick A. Costello (DE Bar #4535)          John G. Day, Esq. (DE Bar #2403)
    919 Market Street, Suite 1000               Tiffany Geyer Lydon, Esq. (DE Bar #3950)
    Wilmington, DE 19801-3062                   222 Delaware Ave., 17th Floor
    (302) 426-1189 (Telephone)                  P.O. Box 1150
    deagle@klehr.com                            Wilmington, DE 19899
    pcostello@klehr.com                         Phone: (302) 654-1888
    *Attorneys for Defendant Nutri-Health*      sbalick@ashby-geddes.com
    *Supplements, LLC, d/b/a Sedona*            *Attorneys for Plaintiff Block Drug*
    *Laboratories*                              *Company, Inc.*


SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

DEL1 64368-2