IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SEDONA LABORATORIES, INC. and<br>NUTRI-HEALTH SUPPLEMENTS, LLC<br>d/b/a/ SEDONA LABORATORIES,<br><br>Defendants. | C.A. No. 06-350-KAJ |

### DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant, Sedona Laboratories, Inc., states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

/s/ Karen E. Keller
_____
John W. Shaw (#3362)
Karen E. Keller (#4489)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Sedona Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on August 15, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that on August 15, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participant in the manner indicated:

### BY FEDERAL EXPRESS

>Steven D. Glazer, Esquire
>Weil, Gotshal & Manges, LLP
>767 Fifth Avenue
>New York, New York 10153
>
>Roger Cohen, Esquire
>Jaburg & Wilk
>3200 N. Central, Suite 2000
>Phoenix, AZ 85012

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Sedona Laboratories, Inc.