## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Block Drug Company, Inc., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 06-350 (KAJ) |
| | : | |
| Sedona Laboratories, Inc. and | : | |
| Nutri-Health Supplements, LLC | : | |
| d/b/a Sedona Laboratories, | : | |
| | : | |
| Defendants. | : | |

### STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, subject to the Court's approval, that the time within which Defendant Nutri-Health Supplements, LLC, d/b/a Sedona Laboratories must answer, move or otherwise respond to Plaintiff's First Amended Complaint is extended to September 15, 2006.

KLEHR, HARRISON, HARVEY,                    ASHBY & GEDDES
BRANZBURG & ELLERS LLP


By:  /s/ Patrick A. Costello                       By:  /s/ Steven J. Balick
     David S. Eagle (DE Bar #3387)                      Steven J. Balick, Esq. (DE Bar #2114)
     Patrick A. Costello (DE Bar #4535)                 John G. Day, Esq. (DE Bar #2403)
     919 Market Street, Suite 1000                      Tiffany Geyer Lydon, Esq. (DE Bar #3950)
     Wilmington, DE 19801-3062                          222 Delaware Ave., 17th Floor
     (302) 426-1189 (Telephone)                         P.O. Box 1150
     deagle@klehr.com                                   Wilmington, DE 19899
     pcostello@klehr.com                                Phone: (302) 654-1888
     *Attorneys for Defendant Nutri-Health*             sbalick@ashby-geddes.com
     *Supplements, LLC, d/b/a Sedona*                   *Attorneys for Plaintiff Block Drug*
     *Laboratories*                                     *Company, Inc.*


        SO ORDERED this _____ day of _____, 2006.


                                        _____
                                        United States District Judge


DEL1 64368-4