## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on this 15th day of September, 2006, I caused to be served copies of the attached Defendant Nutri-Health Supplements, LLC's Motion to Dismiss or, Alternatively, to Transfer Venue on the following counsel of record and in the manner indicated.

### ELECTRONIC FILING

Steven J. Balick, Esq.
Tiffany Geyer-Lydon, Esq.
Ashby & Geddes, P.A.
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899

John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

_/s/ Patrick A. Costello_
Patrick A. Costello (Bar No. 4535)

DEL1 64601-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Block Drug Company, Inc., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> Sedona Laboratories, Inc. and : <br> Nutri-Health Supplements, LLC : <br> d/b/a Sedona Laboratories, : <br> : <br> Defendants. : | CIVIL ACTION <br> NO. 06-350-KAJ |

**DEFENDANT NUTRI-HEALTH SUPPLEMENTS, LLC'S MOTION TO DISMISS
OR, ALTERNATIVELY, TO TRANSFER VENUE**

Pursuant to Rules 12(b)(3), (b)(2) and (b)(5) of the Federal Rules of Civil Procedure, 28 U.S.C. § 1400(b) and 28 U.S.C. § 1406(a), Defendant Nutri-Health Supplements, LLC d/b/a Sedona Laboratories ("NHS"), hereby moves to dismiss this action instituted by Plaintiff Block Drug Company, Inc. ("Block") for improper venue, lack of personal jurisdiction and insufficiency of service of process. This District is an improper venue for this action since it is an action for patent infringement; NHS resides in Arizona; and NHS does not have a regular and established place of business in Delaware and has not committed any acts of infringement in Delaware. This Court lacks personal jurisdiction over NHS for essentially the same reasons. Service of process on the Delaware Secretary of State is insufficient in this case also because NHS is not resident here and is not otherwise subject to venue and jurisdiction here. Consequently, this action should be dismissed pursuant to Rules 12(b)(3), (b)(2) and (b)(5) of the Fed.R.Civ.P., and 28 U.S.C. § 1400(b) and 28 U.S.C. § 1406(a). Alternatively, the District of Arizona is a proper venue and this action should be transferred there pursuant to 28 U.S.C. § 1406(a).

DEL1 64601-1

This motion is supported by an accompanying brief and the Declarations of Fred Auzenne and Jim Angus, all of which demonstrate that NHS is not subject to jurisdiction in this District, that this District does not have venue over this matter and that dismissal of this action, or alternatively, transfer to the District of Arizona, is appropriate.

                          Respectfully submitted,

Dated: September 15, 2006        KLEHR, HARRISON, HARVEY,
                                     BRANZBURG & ELLERS LLP

                          By: _____
Of Counsel:                    David S. Eagle (Bar No. 3387)
                              Patrick A. Costello (Bar No. 4535)
Roger L. Cohen              919 Market Street, Suite 1000
Michelle C. Lombino       Wilmington, DE 19801
Thomas A. Connelly        (302) 426-1189 (phone)
JABURG & WILK, P.C.     (302) 426-9193 (fax)
14500 N. Northsight Blvd., Ste. 116   deagle@klehr.com
Scottsdale, Arizona 85260    pcostello@klehr.com
(480) 609-0011 (office)      *Attorneys for Defendant Nutri-Health*
(480) 609-0016 (fax)        *Supplements, LLC, d/b/a Sedona*
                              *Laboratories*

DEL1 64601-1