IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Block Drug Company, Inc., | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : NO. 06-350 (KAJ) |
| | : |
| Sedona Laboratories, Inc. and | : |
| Nutri-Health Supplements, LLC | : |
| d/b/a Sedona Laboratories, | : |
| | : |
| Defendants. | : |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or the need for recusal, the undersigned counsel of record for Defendant Nutri-Health Supplements, LLC, d/b/a Sedona Laboratories ("NHS"), provides the following information:

1. NHS is owned by Nutri-Health, LLC; and

2. No publicly held corporation owns 10% or more of the stock of NHS.

Dated: September 15, 2006

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: /s/ Patrick A. Costello

Of Counsel:

Roger L. Cohen
Michelle C. Lombino
Thomas A. Connelly
JABURG & WILK, P.C.
14500 N. Northsight Blvd., Ste. 116
Scottsdale, Arizona 85260
(480) 609-0011 (office)
(480) 609-0016 (fax)

David S. Eagle (Bar No. 3387)
Patrick A. Costello (Bar No. 4535)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189 (phone)
(302) 426-9193 (fax)
deagle@klehr.com
pcostello@klehr.com
*Attorneys for Defendant Nutri-Health Supplements, LLC, d/b/a Sedona Laboratories*

DEL1 64582-1

## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on this 15th day of September, 2006, I caused to be served copies of the attached Rule 7.1 Disclosure Statement on the following counsel of record and in the manner indicated.

### ELECTRONIC FILING

Steven J. Balick, Esq.
Tiffany Geyer-Lydon, Esq.
Ashby & Geddes, P.A.
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899

John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

_____
Patrick A. Costello (Bar No. 4535)

DEL1 64582-1