IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>SEDONA LABORATORIES, INC. and NUTRI-HEALTH SUPPLEMENTS, LLC d/b/a/ SEDONA LABORATORIES,<br><br>        Defendants. | C.A. No. 06-350-KAJ |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of David B. Goldstein and Chad H. Conelly of Hymson Goldstein & Pantiliat, P.C. to represent Sedona Laboratories, Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
John W. Shaw (No. 3362) *[jshaw@ycst.com]*
Karen E. Keller (No. 4489) *[kkeller@ycst.com]*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Defendant Sedona Laboratories, Inc.*

Dated: September 22, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, this __ day of September, 2006, that counsel's motion for the admission *pro hac vice* of David B. Goldstein and Chad H. Conelly is granted.

_____
The Honorable Kent A. Jordan
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on September 22, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

David S. Eagle
Patrick A. Costello
Klehr, Harrison, Harvey, Branzburg
 & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801

I further certify that on September 22, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

Steven D. Glazer
David Greenbaum
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Roger L. Cohen
Michelle C. Lombino
Jaburg & Wilk, P.C.
14500 N. Northsight Blvd., Ste 116
Scottsdale, AZ 85260

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Arizona and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

David B. Goldstein
Hymson Goldstein & Pantiliat, P.C.
14646 North Kierland Boulevard, Suite 255
Scottsdale, Arizona 85254
Tel. (480) 991-9077

Date: September 21, 2006

600290:1/13419-02
337045v1

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Arizona and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

*[signature: Chad H. Conelly]*

Chad H. Conelly
Hymson Goldstein & Pantiliat, P.C.
14646 N. Kierland Blvd., Suite 255
Scottsdale, Arizona 85254
(480) 991-9077


Date:  September 20, 2006