IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BLOCK DRUG COMPANY, INC.,      )
     )
        Plaintiff,      )
     )
        v.      )      C.A. No. 06-350-KAJ
     )
SEDONA LABORATORIES, INC., and      )
NUTRI-HEALTH SUPPLEMENTS, LLC      )
d/b/a SEDONA LABORATORIES,      )
     )
        Defendants.      )
     )

**DECLARATION OF TIFFANY GEYER LYDON IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS OR, ALTERNATIVELY, TO TRANSFER VENUE**

I, Tiffany Geyer Lydon, hereby declare and state as follows:

1.      I am an associate at the law firm of Ashby & Geddes and a member of the Delaware bar. I have personal knowledge of the facts set forth in this Declaration.

2.      On October 1, 2006, I visited Eckerd Pharmacy Store #6377 at 701 Governors Place, Bear, Delaware. There were three (3) bottles of Eckerd "food enzyme" on the shelf. I purchased one of those bottles for $10.99, as shown on the receipt attached hereto as Exhibit A. The label on the bottles of Eckerd "food enzyme" states "[a] proprietary blend containing Alpha-Galactosidase Dietary Supplement." Each bottle's label also states that the bottle contains 100 capsules.

3.      On October 1, 2006, I also visited Eckerd Pharmacy Store #6188 at 1999 Pulaski Highway, Bear, Delaware. There were five (5) bottles of Eckerd "food enzyme" on the shelf, identical to the ones at Eckerd Store #6377.

4.     On October 3, 2006, I visited Eckerd Pharmacy Store #0707 at 4609 Kirkwood Highway, Wilmington, Delaware.  There were three (3) bottles of Eckerd "food enzyme" on the shelf, identical to the ones at the other Eckerd stores listed above.  I purchased one of those bottles for $10.99, as shown on the receipt attached hereto as Exhibit B.

5.     As recorded in the contemporaneous records of GlaxoSmithKline, on April 25, 2006, one month before the filing of the Complaint in this action, an employee of GlaxoSmithKline (Thomas A. Stevens) purchased a bottle of Eckerd "food enzyme" for $9.99 at Eckerd Pharmacy Store #0706 on Concord Pike in Wilmington, Delaware.  Block Drug Company is wholly owned by GlaxoSmithKline.

I declare under penalty of perjury that to the best of my knowledge, information and belief, the foregoing statements are true and correct.

Executed this 4th day of October, 2006 in Wilmington, Delaware.

_____
Tiffany Geyer Lydon

173783.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2006, the attached **DECLARATION OF TIFFANY GEYER LYDON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, TO TRANSFER VENUE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| David B. Goldstein, Esquire<br>Hymson Goldstein & Pantiliat, P.C.<br>14646 N. Kierland Boulevard<br>Suite 255<br>Scottsdale, AZ 85254 | VIA ELECTRONIC MAIL |
| David S. Eagle, Esquire<br>Klehr, Harrison, Harvey, Branzburg & Ellers<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801 | HAND DELIVERY |
| Roger L. Cohen, Esquire<br>Jaburg & Wilk, P.C.<br>3200 N. Central Ave., Ste. 2000<br>Phoenix, AZ 85012 | VIA ELECTRONIC MAIL |

*/s/ John G. Day*

John G. Day

173515.1

# EXHIBIT A

# ECKERD PHARMACY
## STORE #6377
Eckerd Pharmacy Store #6377
701 Governors Place

YOUR CASHIER TODAY IS BRITTANY
ASSOC #02J80977  REG #012  DRAWER #1
TRANS #6584    TYPE 10   STORE # 6377

```
432737            1.79
432737            1.79
432737            1.79
810580  ECK FOOD EN 1N  10.99
114370            6.99
```

```
        TOTAL         23.35
        CHARGE        23.35
        ACCT#XXXXXXXXXXXXX1718
        AUTHORIZATION #:   455826

        CHANGE          .00
```

THANK YOU FOR SHOPPING AT ECKERD
1-800-ECKERDS        www.eckerd.com
   OCTOBER 1, 2006      3:33 PM

# EXHIBIT B

**ECKERD PHARMACY**
**STORE #0707**

Eckerd Pharmacy Store #0707
4609 Kirkwood Highway

YOUR CASHIER TODAY IS FELIPE
ASSOC #00006037  REG #011  DRAWER #1
TRANS #1354  TYPE 10   STORE # 0707

810580  ECK FOOD EN 1N   10.97

```
        TOTAL              10.99
        CHARGE             10.99
        ACCT#XXXXXXXXXXXX1718
        AUTHORIZATION #    882968

        CHANGE              .00
```

THANK YOU FOR SHOPPING AT ECKERD
1-800-ECKERDS       www.eckerd.com
   OCTOBER 3, 2006       6:43 PM