## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Block Drug Company, Inc.,                    :
                                             :
    Plaintiff,           :
                                             :  CIVIL ACTION
  v.                                :  NO. 06-350 (KAJ)
                                             :
Sedona Laboratories, Inc. and                :
Nutri-Health Supplements, LLC                :
d/b/a Sedona Laboratories,                   :
                                             :
    Defendants.          :

### STIPULATION TO EXTEND TIME

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the parties herein, subject to the Court's approval, that the time within which

Defendant Nutri-Health Supplements, LLC, d/b/a Sedona Laboratories must file a Reply Brief in

support of it motion to dismiss (D.I. 12) is extended from October 12 to October 16, 2006.

KLEHR, HARRISON, HARVEY,   ASHBY & GEDDES
BRANZBURG & ELLERS LLP


By: /s/ Patrick A. Costello   By: /s/ John G. Day
  David S. Eagle (DE Bar #3387)   Steven J. Balick (DE Bar #2114)
  Patrick A. Costello (DE Bar #4535)  John G. Day (DE Bar #2403)
  919 Market Street, Suite 1000   Tiffany Geyer Lydon (DE Bar #3950)
  Wilmington, DE 19801-3062   222 Delaware Ave., 17th Floor
  (302) 426-1189 (Telephone)   P.O. Box 1150
  deagle@klehr.com    Wilmington, DE 19899
  pcostello@klehr.com    Phone: (302) 654-1888
  *Attorneys for Defendant Nutri-Health* sbalick@ashby-geddes.com
  *Supplements, LLC, d/b/a Sedona*  *Attorneys for Plaintiff Block Drug*
  *Laboratories*     *Company, Inc.*


   SO ORDERED this _____ day of _____, 2006.


         _____
         United States District Judge