# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 19, 2006

The Honorable Kent A. Jordan  
United States District Court  
844 North King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: *Block Drug Company, Inc. v. Sedona Laboratories, Inc., et al.,*  
C.A. No. 06-350-KAJ

Dear Judge Jordan:

 I am Delaware counsel to plaintiff ("Block Drug") in the above action, in which briefing on the motion of defendant Nutri-Health Supplements, LLC ("Nutri-Health") to dismiss or transfer venue (D.I. 12) (the "Motion") was completed on October 16, 2006.

 Nutri-Health's reply brief (D.I. 21) in support of its Motion includes some new facts not raised in its opening papers – which Nutri-Health candidly acknowledges by including them under the heading "Additional Relevant Facts." *Id.* at 3. The reply brief also attaches a new declaration in support of these "additional relevant facts." Most of the newly raised facts either are irrelevant or of insufficient significance to warrant requesting an opportunity to respond. In one instance, however, there is a newly added fact that actually is helpful to *Block Drug*, and weighs against Nutri-Health's position, and we would appreciate the opportunity to very briefly point out that fact's significance.

 We would be pleased to address this issue either verbally or in writing – whatever Your Honor would find most convenient. Accordingly, Block Drug respectfully requests that the Court accept this letter as a request for oral argument, pursuant to Local Rule 7.1.4, or alternatively, as a request for leave to submit a two-page surreply in further opposition to Nutri-Health's Motion.

Respectfully,

*/s/ Steven J. Balick*

Steven J. Balick

The Honorable Kent A. Jordan
October 19, 2006
Page 2

SJB/dmf
174332.1

cc: Steven D. Glazer, Esquire (via electronic mail)
John W. Shaw, Esquire, Esquire (by hand and via electronic mail)
David B. Goldstein, Esquire (via electronic mail)
David S. Eagle, Esquire (by hand and via electronic mail)
Roger L. Cohen, Esquire (via electronic mail)