IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Block Drug Company, Inc., :
:
       Plaintiff, :
: CIVIL ACTION
v. : NO. 06-350-KAJ
:
Sedona Laboratories, Inc. and :
Nutri-Health Supplements, LLC :
d/b/a Sedona Laboratories, :
:
       Defendants. :
:

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Roger L. Cohen, Esquire, Michelle C. Lombino, Esquire and Thomas A. Connelly, Esquire, of Jaburg & Wilk, P.C., to represent defendant Nutri-Health Supplements, LLC d/b/a Sedona Laboratories in this matter.

                                   KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

Dated: October 19, 2006        /s/ *David S. Eagle*
                                      David S. Eagle (Bar #3387) [*deagle@klehr.com*]
                                      Patrick A. Costello (Bar #4535) [*pcostello@klehr.com*]
                                      919 Market Street, Suite 1000
                                      Wilmington, DE 19801
                                      Telephone (302) 426-1189
                                      *Attorneys for Defendant Nutri-Health Supplements, LLC*

### ORDER GRANTING MOTION

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Roger L. Cohen, Michelle C. Lombino and Thomas A. Connelly is GRANTED.

Date: _____                          _____
                                               The Honorable Kent A. Jordan
                                               United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Arizona and California and the following federal courts: District of Arizona, Central District of California, Eastern District of California, 9th Circuit Court of Appeals. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 10/11/06

_____
Roger L. Cohen, Esquire
Jaburg & Wilk, P.C.
3200 N. Central Ave., Suite 2000
Phoenix, Arizona 85012
Telephone (602) 248-1040
rlc@jaburgwilk.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Arizona, the State of New York, and the United States District Courts for the District of Arizona, and the Eastern, Western, Northern, and Southern Districts of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: Oct 12, 2006

Michelle C. Lombino, Esquire
Jaburg & Wilk, P.C.
3200 N. Central Ave., Suite 2000
Phoenix, Arizona 85012
Telephone (602) 248-1027
mcl@jaburgwilk.com

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Arizona and Illinois and the following federal courts: District of Arizona, Northern District of Illinois, 9th Circuit Court of Appeals. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 10/11/06

Thomas A. Connelly, Esquire
Jaburg & Wilk, P.C.
3200 N. Central Ave., Suite 2000
Phoenix, Arizona 85012
Telephone (602) 248-1065
tac@jaburgwilk.com

## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on October 19, 2006, I caused a copy of the foregoing Motion and Order for Admission *Pro Hac Vice* to be served on the following counsel of record and in the manner indicated:

### BY HAND DELIVERY & ELECTRONIC FILING

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899

John W. Shaw, Esq.
Karen E. Keller, Esq.
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Date: October 19, 2006

_____
Patrick A. Costello, Esquire (DE Bar No. 4535)

DEL1 64348-1