IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-350-KAJ |
| SEDONA LABORATORIES, INC., and NUTRI-HEALTH SUPPLEMENTS, LLC d/b/a SEDONA LABORATORIES, | ) |
| Defendants. | ) |

### ORDER

Oral argument on defendant Nutri-Health Supplements' motion to dismiss or transfer (D.I. 12) in the above-captioned action will be heard on **November 2, 2006** beginning at 2:00 p.m. and concluding at 3:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

October 23, 2006
Wilmington, Delaware