IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-350-KAJ |
| SEDONA LABORATORIES, INC., and NUTRI-HEALTH SUPPLEMENTS, LLC d/b/a SEDONA LABORATORIES, | ) |
| Defendants. | ) |

### ORDER

At Wilmington, this 2nd day of November, 2006,

For the reasons set forth by the Court today in open court,

IT IS HEREBY ORDERED that defendant's motion to dismiss or, alternatively, to transfer venue (D.I. 12) is DENIED.

_____
UNITED STATES DISTRICT JUDGE