IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SEDONA LABORATORIES, INC. and<br>NUTRI-HEALTH SUPPLEMENTS, LLC<br>d/b/a/ SEDONA LABORATORIES,<br><br>Defendants. | C.A. No. 06-350-KAJ |

## NOTICE OF SERVICE

The undersigned, counsel for Sedona Laboratories, Inc., hereby certify that copies of Defendant Sedona Laboratories, Inc.'s Initial Disclosures were caused to be served on November 15, 2006 on the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899

David S. Eagle
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Steven D. Glazer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Roger L. Cohen
Jaburg & Wilk, P.C.
14500 N. Northsight Blvd., Ste 116
Scottsdale, AZ 85260

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 15, 2006 upon the following counsel of record in the manner indicated:

**BY CM/ECF, ELECTRONIC MAIL, AND HAND DELIVERY**

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899

David S. Eagle
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801

**BY ELECTRONIC MAIL AND FEDERAL EXPRESS**

Steven D. Glazer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Roger L. Cohen
Jaburg & Wilk, P.C.
14500 N. Northsight Blvd., Ste 116
Scottsdale, AZ 85260

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com

Attorneys for Sedona Laboratories, Inc.

OF COUNSEL:

David B. Goldstein
Hymson Goldstein & Pantiliat, P.C.
14646 North Kierland Blvd., Suite 255
Scottsdale, AZ 85254
(480) 991-9077

Dated: November 15, 2006