IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SEDONA LABORATORIES, INC., and ) <br> NUTRI-HEALTH SUPPLEMENTS, LLC ) <br> d/b/a SEDONA LABORATORIES, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 06-350-KAJ |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 16th day of November, 2006, copies of

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** were

served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire <br> Young Conaway Stargatt & Taylor <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE  19801 | HAND DELIVERY |
| David B. Goldstein, Esquire <br> Hymson Goldstein & Pantiliat, P.C. <br> 14646 N. Kierland Boulevard <br> Suite 255 <br> Scottsdale, AZ  85254 | VIA FEDERAL EXPRESS |
| David S. Eagle, Esquire <br> Klehr, Harrison, Harvey, Branzburg & Ellers <br> 919 Market Street <br> Suite 1000 <br> Wilmington, DE  19801 | HAND DELIVERY |

Roger L. Cohen, Esquire
Jaburg & Wilk, P.C.
3200 N. Central Ave., Ste. 2000
Phoenix, AZ 85012

<u>VIA FEDERAL EXPRESS</u>

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Steven D. Glazer
David Greenbaum
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Dated: November 16, 2006

173516.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| David B. Goldstein, Esquire<br>Hymson Goldstein & Pantiliat, P.C.<br>14646 N. Kierland Boulevard<br>Suite 255<br>Scottsdale, AZ 85254 | VIA FEDERAL EXPRESS |
| David S. Eagle, Esquire<br>Klehr, Harrison, Harvey, Branzburg & Ellers<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801 | HAND DELIVERY |
| Roger L. Cohen, Esquire<br>Jaburg & Wilk, P.C.<br>3200 N. Central Ave., Ste. 2000<br>Phoenix, AZ 85012 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon