IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Block Drug Company, Inc., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 06-350-KAJ |
| : | |
| Sedona Laboratories, Inc. and : | |
| Nutri-Health Supplements, LLC : | |
| d/b/a Sedona Laboratories, : | |
| : | |
| Defendants. : | |
| : | |

**NOTICE OF SERVICE**

The undersigned, counsel for Nutri-Health Supplements, LLC, d/b/a Sedona Laboratories ("NHS"), hereby certifies that copies of the *Rule 26 Initial Disclosure Statement of Defendant Nutri-Health Supplements, LLC* were caused to be served on November 16, 2006 on the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer-Lydon, Esq.
Ashby & Geddes, P.A.
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY HAND DELIVERY**

John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

Dated: November 17, 2006

/s/ Patrick A. Costello
David S. Eagle, Esquire (DE Bar No. 3387)
Patrick A. Costello, Esquire (DE Bar No. 4535)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
Telephone (302) 552-5508
Fax: (302) 426-9193
deagle@klehr.com
pcostello@klehr.com

DEL1 65085-1

## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on November 17, 2006, I caused a copy of the foregoing Notice of Service to be served on the following counsel of record and in the manner indicated:

### BY HAND DELIVERY & ELECTRONIC FILING

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer-Lydon, Esq.
Ashby & Geddes, P.A.
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899

John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

/s/ Patrick A. Costello
David S. Eagle, Esquire (DE Bar No. 3387)
Patrick A. Costello, Esquire (DE Bar No. 4535)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
Telephone (302) 552-5508
Fax: (302) 426-9193
deagle@klehr.com
pcostello@klehr.com

DEL1 65085-1