UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Block Drug Company, Inc., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 06-350-KAJ |
| : | |
| Sedona Laboratories, Inc. and : | |
| Nutri-Health Supplements, LLC : | |
| d/b/a Sedona Laboratories, : | |
| : | |
| Defendants. : | |

## MOTION TO RECONSIDER

Defendant Nutri-Health Supplements, LLC d/b/a Sedona Laboratories ("NHS"), pursuant to Federal Rules of Civil Procedure 7(b), 54(b) and 59(e), respectfully requests that this Court reconsider its Order (D.I. 33) denying NHS's motion to dismiss, or, alternatively, to transfer venue of this action to the U.S. District Court for the District of Arizona (the "Order").

This motion is supported by an accompanying Memorandum of Points and Authorities, the Declaration of Thomas A. Connelly and the entire record in this matter, all of which demonstrate that this forum is not convenient for the parties or witnesses and does not promote the interests of justice, and, therefore, that transfer to the District of Arizona is appropriate.

Dated: November 17, 2006

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

*/s/ Patrick A. Costello*
David S. Eagle (DE Bar No. 3387)
Patrick A. Costello (DE Bar No. 4535)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189 (phone)
deagle@klehr.com; pcostello@klehr.com
*Attorneys for Defendant Nutri-Health Supplements, LLC, d/b/a Sedona Laboratories*

Of Counsel:
Roger L. Cohen
Michelle C. Lombino
Thomas A. Connelly
JABURG & WILK, P.C.
3200 N. Central Avenue, Suite 2000
Phoenix, AZ 85018
Telephone (602) 248-1000

DEL1 65100-2

## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on November 17, 2006, I caused a copy of the foregoing *Motion to Reconsider, Memorandum of Points and Authorities in Support of Nutri-Health Supplements LLC's Motion to Reconsider, the Exhibits to the Memorandum in Support, and the Declaration of Thomas A. Connelly* to be served on the following counsel of record in the manner indicated:

**VIA ELECTRONIC FILING and HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
ASHBY & GEDDES
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899

John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

/s/ *Patrick A. Costello*
Patrick A. Costello, Esquire (DE Bar No. 4535)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
Telephone (302) 426-1189
Fax: (302) 426-9193
pcostello@klehr.com

DEL1 65100-2