IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-350-KAJ |
| ) | |
| SEDONA LABORATORIES, INC., and ) | |
| NUTRI-HEALTH SUPPLEMENTS, LLC ) | |
| d/b/a SEDONA LABORATORIES, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of November, 2006, copies of

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO SEDONA LABORATORIES,**

**INC.** was served upon the following counsel of record at the address and in the manner

indicated:

| | |
|---|---|
| John W. Shaw, Esquire | HAND DELIVERY |
| Young Conaway Stargatt & Taylor | |
| The Brandywine Building | |
| 1000 West Street, 17th Floor | |
| Wilmington, DE  19801 | |
| | |
| David B. Goldstein, Esquire | VIA FEDERAL EXPRESS |
| Hymson Goldstein & Pantiliat, P.C. | |
| 14646 N. Kierland Boulevard | |
| Suite 255 | |
| Scottsdale, AZ  85254 | |
| | |
| David S. Eagle, Esquire | HAND DELIVERY |
| Klehr, Harrison, Harvey, Branzburg & Ellers | |
| 919 Market Street | |
| Suite 1000 | |
| Wilmington, DE  19801 | |

Roger L. Cohen, Esquire
Jaburg & Wilk, P.C.
3200 N. Central Ave., Ste. 2000
Phoenix, AZ 85012

<u>VIA FEDERAL EXPRESS</u>

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Steven D. Glazer
David Greenbaum
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Dated: November 21, 2006

173516.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| David B. Goldstein, Esquire<br>Hymson Goldstein & Pantiliat, P.C.<br>14646 N. Kierland Boulevard<br>Suite 255<br>Scottsdale, AZ  85254 | VIA FEDERAL EXPRESS |
| David S. Eagle, Esquire<br>Klehr, Harrison, Harvey, Branzburg & Ellers<br>919 Market Street<br>Suite 1000<br>Wilmington, DE  19801 | HAND DELIVERY |
| Roger L. Cohen, Esquire<br>Jaburg & Wilk, P.C.<br>3200 N. Central Ave., Ste. 2000<br>Phoenix, AZ  85012 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon