UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Block Drug Company, Inc., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 06-350-KAJ |
| : | |
| Sedona Laboratories, Inc. and : | |
| Nutri-Health Supplements, LLC : | |
| d/b/a Sedona Laboratories, : | |
| : | |
| Defendants. : | |

## NOTICE OF SERVICE

I, Patrick A. Costello, certify that on December 1, 2006, I served two copies of *DEFENDANT NUTRI-HEALTH SUPPLEMENTS, LLC'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF* on the following counsel of record in the manner indicated.

**VIA HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**VIA HAND DELIVERY**

John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

/s/ *Patrick A. Costello*
Patrick A. Costello, Esquire (DE Bar #4535)
Klehr Harrison Harvey Branzburg
   & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone (302) 426-1189
pcostello@klehr.com
*Attorneys for Nutri-Health Supplements, LLC*

DEL1 65183-2

## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on this 1st day of December, 2006, a true and correct copy of the foregoing Notice of Service was served by the manner shown below on the counsel of record:

**VIA ELECTRONIC FILING and HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899


John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

/s/ Patrick A. Costello
Patrick A. Costello, Esquire (Bar No. 4535)