IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Block Drug Company, Inc., | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : NO. 06-350 (***) |
| | : |
| Sedona Laboratories, Inc. and | : |
| Nutri-Health Supplements, LLC | |
| d/b/a Sedona Laboratories, | : |
| | : |
| Defendants. | : |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 19th day of December, 2006, two copies of Defendant Nutri-Health Supplements, LLC's First Set Of Interrogatories To Plaintiff were caused to be served on the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801

**VIA HAND DELIVERY**

John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

/s/ *Patrick A. Costello*
David S. Eagle, Esquire (DE Bar No. 3387)
Patrick A. Costello, Esquire (DE Bar No. 4535)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
Telephone (302) 552-5508
Fax: (302) 426-9193
deagle@klehr.com
pcostello@klehr.com

*Attorneys for Nutri-Health Supplements, LLC*

DEL1 65277-1

## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on December 19, 2006, I caused copies of the foregoing Notice of Service to be served on the following counsel of record and in the manner indicated:

### BY HAND DELIVERY & ELECTRONIC FILING

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801

John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

/s/ Patrick A. Costello
Patrick A. Costello, Esquire (DE Bar No. 4535)

DEL1 65277-1