## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Block Drug Company, Inc.,   :
           :
   Plaintiff,    :
           :  CIVIL ACTION
  v.       :  NO. 06-350 (***)
           :
Sedona Laboratories, Inc. and
Nutri-Health Supplements, LLC  :
d/b/a Sedona Laboratories,   :
           :
   Defendants.   :
_____:

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 22nd day of December, 2006, copies of (1)

Defendant Nutri-Health Supplements, LLC's Responses to Plaintiff's First Set of

Requests for Production and (2) Defendant Nutri-Health Supplements, LLC's Responses

to Plaintiff's First Set of Interrogatories were caused to be served on the following

counsel of record in the manner indicated below:

**VIA U. S. MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**VIA U. S. MAIL**

John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE   19899-0391

*/s/ Patrick A. Costello*
David S. Eagle, Esquire (DE Bar No. 3387)
Patrick A. Costello, Esquire (DE Bar No. 4535)
919 Market Street, Suite 1000
Wilmington, DE   19801-3062
Telephone (302) 552-5508
Fax: (302) 426-9193
deagle@klehr.com
pcostello@klehr.com
*Attorneys for Nutri-Health Supplements, LLC*

DEL1 65334-1

## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on December 22, 2006, I caused copies of the

foregoing Notice of Service to be served on the following counsel of record and in the manner

indicated:

### VIA ELECTRONIC FILING

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE   19899-0391


/s/ Patrick A. Costello
Patrick A. Costello, Esquire (DE Bar No. 4535)

DEL1 65334-1