IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SEDONA LABORATORIES, INC. and<br>NUTRI-HEALTH SUPPLEMENTS, LLC<br>d/b/a/ SEDONA LABORATORIES,<br><br>    Defendants. | C.A. No. 06-350-KAJ |

**NOTICE OF SERVICE**

The undersigned, counsel for Sedona Laboratories, Inc., hereby certify that copies of Responses of Sedona Laboratories, Inc. to First Set of Requests for Production were caused to be served on the following counsel of record on the date and in the manner indicated below:

**BY HAND DELIVERY ON JANUARY 10, 2007**

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

David S. Eagle
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801

**BY FEDERAL EXPRESS ON JANUARY 11, 2007**

Steven D. Glazer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Roger L. Cohen
Jaburg & Wilk, P.C.
14500 N. Northsight Blvd., Ste 116
Scottsdale, AZ 85260

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on January 11, 2007 upon the following counsel of record in the manner indicated:

**BY CM/ECF, ELECTRONIC MAIL AND HAND DELIVERY**

>Steven J. Balick
>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801
>
>David S. Eagle
>Klehr, Harrison, Harvey, Branzburg & Ellers
>919 Market Street
>Suite 1000
>Wilmington, DE 19801

**BY ELECTRONIC MAIL**

>Steven D. Glazer
>Weil, Gotshal & Manges LLP
>767 Fifth Avenue
>New York, NY 10153
>
>Roger L. Cohen
>Jaburg & Wilk, P.C.
>14500 N. Northsight Blvd., Ste 116
>Scottsdale, AZ 85260

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com

Attorneys for Sedona Laboratories, Inc.

OF COUNSEL:

David B. Goldstein
Hymson Goldstein & Pantiliat, P.C.
14646 North Kierland Blvd., Suite 255
Scottsdale, AZ  85254
(480) 991-9077


Dated:  January 11, 2007