IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEDONA LABORATORIES, INC. and <br> NUTRI-HEALTH SUPPLEMENTS, LLC <br> d/b/a/ SEDONA LABORATORIES, <br><br> Defendants. | C.A. No.  06-350-*** |

**NOTICE OF SERVICE**

The undersigned, counsel for Sedona Laboratories, Inc., hereby certify that on January 11, 2007, copies of (1) Sedona Laboratories, Inc.'s Responses to First Set of Interrogatories and (2) this Notice of Service were caused to be served on the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

David S. Eagle
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Steven D. Glazer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Roger L. Cohen
Jaburg & Wilk, P.C.
14500 N. Northsight Blvd., Ste 116
Scottsdale, AZ 85260

Additionally, the undersigned certifies that on January 11, 2007, copies of this Notice of Service were electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record in the manner indicated:

| | |
|---|---|
| Steven J. Balick | David S. Eagle |
| Ashby & Geddes | Klehr, Harrison, Harvey, Branzburg & Ellers |
| 500 Delaware Avenue, 8th Floor | 919 Market Street |
| Wilmington, DE 19801 | Suite 1000 |
| | Wilmington, DE 19801 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com

Attorneys for Sedona Laboratories, Inc.

OF COUNSEL:

David B. Goldstein
Hymson Goldstein & Pantiliat, P.C.
14646 North Kierland Blvd., Suite 255
Scottsdale, AZ  85254
(480) 991-9077

Dated:  January 11, 2007