IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEDONA LABORATORIES, INC., and )<br>NUTRI-HEALTH SUPPLEMENTS, LLC )<br>d/b/a SEDONA LABORATORIES, )<br>)<br>Defendants. )<br>) | C.A. No. 06-350-*** |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 18th day of January, 2007, copies of **PLAINTIFF BLOCK DRUG COMPANY, INC.'S OBJECTIONS AND RESPONSES TO DEFENDANT NUTRI-HEALTH SUPPLEMENTS, LLC'S FIRST SET OF INTERROGATORIES TO PLAINTIFF** was served upon the following counsel of record at the address and in the manner indicated:

John W. Shaw, Esquire                                                                HAND DELIVERY
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

David B. Goldstein, Esquire                                                     VIA FEDERAL EXPRESS
Hymson Goldstein & Pantiliat, P.C.
14646 N. Kierland Boulevard
Suite 255
Scottsdale, AZ 85254

David S. Eagle, Esquire                                                               HAND DELIVERY
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801

Roger L. Cohen, Esquire
Jaburg & Wilk, P.C.
3200 N. Central Ave., Ste. 2000
Phoenix, AZ  85012

<u>VIA FEDERAL EXPRESS</u>

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Steven D. Glazer
David Greenbaum
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Dated:  January 18, 2007

173516.1