### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-350-*** |
| SEDONA LABORATORIES, INC., et al., | : |
| Defendant. | : |

### **ORDER**

At Wilmington this **24th** day of **January, 2007**.

IT IS ORDERED that the transcript of the January 18, 2007 teleconference shall serve as the Order of the Court.

IT IS FURTHER ORDERED that the tutorial scheduled for July 5, 2007 at 9:30 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE