IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-350-*** (MPT) |
| | ) |
| SEDONA LABORATORIES, INC., and | ) |
| NUTRI-HEALTH SUPPLEMENTS, LLC | ) |
| d/b/a SEDONA LABORATORIES, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATED ORDER**

IT IS HEREBY STIPULATED by and among the parties, subject to the approval and order of the Court, that the deadline for motions to join other parties and amend the pleadings shall be extended through and including Wednesday, February 28, 2007.


ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Block Drug Company, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR

*/s/ Karen E. Keller*

_____
John W. Shaw (I.D. #3362)
Karen E. Keller (I.D. #4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
(302) 571-6600
jshaw@ycst.com
kkeller@ycst.com

*Attorneys for Defendant Sedona Laboratories, Inc.*

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

*/s/ Patrick A. Costello*
_____
David S. Eagle (I.D. #3387)
Patrick A. Costello (I.D. #4535)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189
deagle@klehr.com
pcostello@klehr.com

*Attorneys for Defendant Nutri-Health*
*Supplements, LLC d/b/a Sedona Laboratories*

    SO ORDERED this _____ day of _____, 2007.


                _____
178246.1                United States District Judge