IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-350-*** (MPT) |
| ) | |
| SEDONA LABORATORIES, INC., and ) | |
| NUTRI-HEALTH SUPPLEMENTS, LLC ) | |
| d/b/a SEDONA LABORATORIES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that **Plaintiff's Motion To Amend Its First Amended Complaint** has been manually filed with the Court and is available in paper form only.

The original document is maintained in the case file in the Clerk's Office.

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Steven D. Glazer
David Greenbaum
Patricia Young
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
212-310-8000

Dated: February 28, 2007
178354.1