IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Block Drug Company, Inc., | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : NO. 06-350 (KAJ) |
| | : |
| Sedona Laboratories, Inc. and | : |
| Nutri-Health Supplements, LLC | : |
| d/b/a Sedona Laboratories, | : |
| | : |
| Defendants. | : |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, subject to the Court's approval, that the time within which Defendant Nutri-Health Supplements, LLC, d/b/a Sedona Laboratories must file an Answering Brief in Opposition to Plaintiff's Motion to Amend its First Amended Complaint (D.I. 64) is extended from March 14, 2007 to March 26, 2007.

| | |
|---|---|
| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP | ASHBY & GEDDES |
| /s/ David S. Eagle | /s/ John G. Day |
| David S. Eagle (DE Bar #3387) | Steven J. Balick (DE Bar #2114) |
| Patrick A. Costello (DE Bar #4535) | John G. Day (DE Bar #2403) |
| 919 Market Street, Suite 1000 | Tiffany Geyer Lydon (DE Bar #3950) |
| Wilmington, DE 19801-3062 | 222 Delaware Ave., 17th Floor |
| (302) 552-5508 (Telephone) | P.O. Box 1150 |
| deagle@klehr.com | Wilmington, DE 19899 |
| pcostello@klehr.com | Phone: (302) 654-1888 |
| *Attorneys for Defendant Nutri-Health Supplements, LLC, d/b/a Sedona Laboratories* | sbalick@ashby-geddes.com |
| | *Attorneys for Plaintiff Block Drug Company, Inc.* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

DEL1 65918-1