IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC., </br></br> Plaintiff, </br></br> v. </br></br> SEDONA LABORATORIES, INC., and </br> NUTRI-HEALTH SUPPLEMENTS, LLC </br> d/b/a SEDONA LABORATORIES, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 06-350-*** (MPT) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**PLAINTIFF BLOCK DRUG'S**
**NOTICE OF DEPOSITION OF KWAN JIN**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Block Drug Company, Inc. ("Block Drug") will take the deposition of Kwan Jin on April 17, 2007, at 9:00 a.m., at the offices of SNELL & WILMER L.L.P., One Arizona Center, 400 E. Van Buren, Phoenix, Arizona 85004. The deposition will be taken before a certified court reporter or other person authorized to administer oaths. The deposition will be recorded by videotape and by stenographic means.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Steven D. Glazer
David Greenbaum
Patricia Young
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
212-310-8000

Dated: March 19, 2007
179008.1