IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLOCK DRUG COMPANY, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-350-*** |
| SEDONA LABORATORIES, INC., et al., | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **22nd** day of **March, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, March 26, 2007 at 2:00 p.m.** with Judge Thynge to discuss a discovery issue. **Tiffany Lydon, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE