IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SEDONA LABORATORIES, INC., and ) <br> NUTRI-HEALTH SUPPLEMENTS, LLC ) <br> d/b/a SEDONA LABORATORIES, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 06-350-*** (MPT) |

## STIPULATED ORDER

WHEREAS, on February 28, 2007, plaintiff, Block Drug Company, Inc. ("Block Drug"), filed a motion to amend its first amended complaint (D.I. 65) (the "Motion");

WHEREAS, the Defendants do not oppose the Motion;

IT IS HEREBY STIPULATED by and among the parties, subject to the approval and order of the Court, that (i) the Clerk shall docket Block Drug's Second Amended Complaint and Demand for Jury Trial (Tab B of Exhibit 1 to the Motion); and (ii) Block Drug's Second Amended Complaint and Demand for Jury Trial shall be deemed filed as of the date of this Order.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR |
|---|---|
| /s/ Tiffany Geyer Lydon | /s/ Karen E. Keller |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | John W. Shaw (I.D. #3362) |
| John G. Day (I.D. #2403) | Karen E. Keller (I.D. #4489) |
| Tiffany Geyer Lydon (I.D. #3950) | The Brandywine Building |
| 500 Delaware Avenue, 8th Floor | 1000 West Street, 17th Floor |
| P.O. Box 1150 | P.O. Box 391 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 654-1888 | (302) 571-6600 |
| sbalick@ashby-geddes.com | jshaw@ycst.com |
| jday@ashby-geddes.com | kkeller@ycst.com |
| tlydon@ashby-geddes.com | |
| *Attorneys for Plaintiff Block Drug Company, Inc.* | *Attorneys for Defendant Sedona Laboratories, Inc.* |

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

/s/ Patrick A. Costello
_____
David S. Eagle (I.D. #3387)
Patrick A. Costello (I.D. #4535)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189
deagle@klehr.com
pcostello@klehr.com

*Attorneys for Defendant Nutri-Health Supplements, LLC d/b/a Sedona Laboratories*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

179230.1