IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Block Drug Company, Inc., | : |
|         Plaintiff, | : |
| v. | :   CIVIL ACTION<br>:   NO. 06-350-*** |
| Sedona Laboratories, Inc. and<br>Nutri-Health Supplements, LLC<br>d/b/a Sedona Laboratories, | : |
|         Defendants. | : |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that copies of the *First Supplemental Rule 26 Disclosure Statement of Defendant Nutri-Health Supplements, LLC* were caused to be served on April 9, 2007 on the following counsel of record in the manner indicated:

**BY U.S. MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY U.S. MAIL**

John W. Shaw, Esq.
Karen E. Keller, Esq.
Young Conaway Stargatt &
Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

Dated: April 9, 2007

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

/s/ Patrick A. Costello
David S. Eagle (Bar No. 3387)
Patrick A. Costello (Bar No. 4535)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189 (phone); (302) 426-9193 (fax)
deagle@klehr.com; pcostello@klehr.com
*Attorneys for Defendant Nutri-Health
Supplements, LLC, d/b/a Sedona Laboratories*

## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on April 9, 2007, I caused copies of the foregoing Notice of Service to be served on the following counsel of record and in the manner indicated:

**BY ELECTRONIC FILING & U.S. MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899


John W. Shaw, Esq.
Karen E. Keller, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391

*/s/ Patrick A. Costello*
Patrick A. Costello (DE Bar No. 4535)