# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DiPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DiLIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6554
DIRECT FAX: (302) 576-3467
kkeller@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DePALMA
MARGARET M. DiBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
  (NJ & PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

April 12, 2007

**BY CM/ECF**
The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   *Block Drug Company, Inc. v. Sedona Laboratories, Inc., et al.* -
      C.A. No. 06-350-***

Dear Judge Thynge:

Sedona Laboratories, Inc. ("Sedona Labs") writes to formally join in part the letter filed by Nutri-Health Supplements, LLC ("NHS") on April 5, 2007 (D.I. 80) requesting a court order limiting the scope of a Rule 30(b)(6) deposition noticed by Block Drug Co. ("Block Drug") for April 16, 2007. A similar Rule 30(b)(6) deposition notice was served on Sedona Labs (D.I. 68) and is currently scheduled for April 18, 2007.

Block Drug's 30(b)(6) notice of Sedona Labs also identifies 17 areas of questioning. Specifically, Sedona Labs joins NHS' concern with Item 17, which is substantively identical to the version in the Rule 30(b)(6) notice addressed to NHS except that it refers to Sedona Labs rather than NHS. The version included in the 30(b)(6) notice directed to Sedona Labs is set forth below:

> 17.   SLI's financial performance on an annual basis, including, but not limited to, the information contained in SLI's annual, quarterly or monthly reports, balance sheets, accounting books and records, statements of operations, income statements, and profit and loss statements, whether

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Mary Pat Thynge
April 12, 2007
Page 2

> prepared for internal or external reporting purposes, and filings with the United States Internal Revenue Service, and the identity, location and maintenance, and content of any document(s) relating to the foregoing, and the identity of the individual officer or employee of SLI most knowledgeable about the foregoing.

Sedona Labs therefore joins in requesting that the 30(b)(6) deposition of Sedona Labs be limited in scope as to Item 17 to the financial performance of Sedona Labs relative to the allegedly infringing product for all the reasons set forth in the case law and arguments in NHS' April 5, 2007 letter to Your Honor (D.I. 80).

It is Sedona Labs understanding that the Court will not be able to hear this dispute until after the date scheduled for the deposition. Therefore, Sedona Labs will produce its 30(b)(6) witness as scheduled, but will preserve its objection as to this line of questioning.

Sedona Labs does not join in that portion of NHS' letter regarding Item 16 which relates to IP licenses. Sedona Labs does not have any license, agreement or contract relating to intellectual property rights.

Counsel is available at the Court's convenience for any questions.

Respectfully submitted,

Karen E. Keller (#4489)

cc: Clerk of the Court (via CM/ECF)
David S. Eagle, Esq. (via CM/ECF and electronic mail)
Tiffany Geyer Lydon, Esq. (via CM/ECF and electronic mail)
Roger L. Cohen, Esq. (via electronic mail)
Steve D. Glazer, Esq. (via electronic mail)
David Greenbaum, Esq. (via electronic mail)

DB02:5904128.1

065525.1001