IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-350-*** |
| SEDONA LABORATORIES, INC., et al., | : |
| Defendant. | : |

## ORDER

At Wilmington this **13th** day of **April, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, April 25, 2007 at 3:30 p.m. Eastern Time** with Judge Thynge to discuss a discovery issue. **David S. Eagle, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE