IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEDONA LABORATORIES, INC., NUTRI-HEALTH SUPPLEMENTS, LLC d/b/a SEDONA LABORATORIES, ALAN LEMISCH, KWAN SUNG JIN, FRED AUZENNE, and TRACY KING, <br><br> Defendants. | Case No. 06-350-*** |

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED by and among the parties, subject to the approval and order of the Court, that the time for defendants Sedona Laboratories, Inc., Alan Lemisch, and Kwan Sung Jin to respond to the Second Amended Complaint (D.I. 78) shall be extended through and including Monday, April 16, 2007.

DATED:   April 13, 2007

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Tiffany Geyer Lydon* <br> Steven J. Balick (No. 2114) <br> John G. Day (No. 2403) <br> Tiffany Geyer Lydon (No. 3950) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> sbalick@ashby-geddes.com <br> jday@ashby-geddes.com <br> tlydon@ashby-geddes.com <br><br> *Attorneys for Plaintiff Block Drug Company, Inc.* | */s/ Karen E. Keller* <br> John W. Shaw (No. 3362) <br> Karen E. Keller (No. 4489) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899 <br> (302) 571-6600 <br> jshaw@ycst.com <br> kkeller@ycst.com <br><br> *Attorneys for Defendants Sedona Laboratories, Inc., Alan Lemisch, and Kwan Sun Jin* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge