IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 06-350-*** (MPT) |
| SEDONA LABORATORIES, INC., NUTRI-HEALTH SUPPLEMENTS, LLC d/b/a SEDONA LABORATORIES, ALAN LEMISCH, KWAN SUNG JIN, FRED AUZENNE and TRACY KING, | ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadlines by which plaintiff Block Drug Company, Inc. shall answer, move, or otherwise respond to the Counterclaim of Nutri-Health Supplements, LLC and by which defendants Fred Auzenne and Tracy King shall answer, move or otherwise respond to the Second Amended Complaint in the above action are extended through and including June 11, 2007.

ASHBY & GEDDES

/s/ Lauren E. Maguire
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff Block Drug Company, Inc.*

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

/s/ David S. Eagle
_____
David S. Eagle (I.D. #3387)
Kelly A. Green (I.D. #4095)
919 Market Street, Suite 1000
Wilmington, DE  19801
(302) 426-1189
deagle@klehr.com
kgreen@klehr.com

*Attorneys for Defendant Nutri-Health Supplements, LLC d/b/a Sedona Laboratories*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

180412.1