IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEDONA LABORATORIES, INC. and <br> NUTRI-HEALTH SUPPLEMENTS, LLC <br> d/b/a/ SEDONA LABORATORIES, <br><br> Defendants. | C.A. No. 06-350-*** |

## NOTICE OF SERVICE

The undersigned, counsel for Sedona Laboratories, Inc., hereby certify that on May 22, 2007, copies of (1) Supplemental Responses of Sedona Laboratories, Inc. to First Set of Requests for Production and (2) this Notice of Service were caused to be served on the following counsel of record as indicated below:

**BY HAND DELIVERY**

Steven J. Balick, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

David S. Eagle, Esquire
Kelly A. Green, Esquire
KLEHR, HARRISON, HARVEY, BRANZBURG
  & ELLERS LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Steven D. Glazer, Esquire
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

Roger Cohen, Esquire
Jaburg & Wilk
3200 N. Central, Suite 2000
Phoenix, AZ 85012

Additionally, the undersigned certifies that on May 22, 2007, copies of this Notice of Service were electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

David S. Eagle, Esquire
Kelly A. Green, Esquire
KLEHR, HARRISON, HARVEY, BRANZBURG
  & ELLERS LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Laurel Keller

John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600

*Attorneys for Sedona Laboratories, Inc.*

OF COUNSEL:

David B. Goldstein
Hymson Goldstein & Pantiliat, P.C.
14646 North Kierland Blvd., Suite 255
Scottsdale, AZ  85254
(480) 991-9077

Dated:  May 22, 2007