IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLOCK DRUG COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-350-*** (MPT) |
| | ) | |
| SEDONA LABORATORIES, INC., and | ) | |
| NUTRI-HEALTH SUPPLEMENTS, LLC | ) | |
| d/b/a SEDONA LABORATORIES, ALAN | ) | |
| LEMISCH, KWAN SUNG JIN, FRED | ) | |
| AUZENNE, and TRACY KING, | ) | |
| | ) | |
| Defendants. | | |

## STIPULATED ORDER OF DISMISSAL

Plaintiff Block Drug Company, Inc. ("Block Drug"), having stipulated to the dismissal of all claims against Defendants Alan Lemisch, Kwan Jin, Tracy King and Fred Auzenne in this action, with prejudice, each party to bear its own attorneys' fees and costs;

IT IS SO ORDERED dismissing this action against Defendants Alan Lemisch, Kwan Jin, Tracy King, and Fred Auzenne, with prejudice, each party to bear its own costs and attorney fees.

SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate

ASHBY & GEDDES

/s/ John G. Day
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*
*Block Drug Company, Inc.*


KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

/s/ David S. Eagle
_____
David S. Eagle (I.D. #3387)
Patrick A. Costello (I.D. #4535)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189
deagle@klehr.com
pcostello@klehr.com

*Attorneys for Defendant Nutri-Health*
*Supplements, LLC d/b/a Sedona Laboratories*

Dated: June 13, 2007
181492.1

YOUNG CONAWAY STARGATT & TAYLOR

/s/ Karen E. Keller
_____
John W. Shaw (I.D. #3362)
Karen E. Keller (I.D. #4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
jshaw@ycst.com
kkeller@ycst.com

*Attorneys for Defendant*
*Sedona Laboratories, Inc.*