IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLOCK DRUG COMPANY, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 06-350-*** (MPT) |
| SEDONA LABORATORIES, INC., and NUTRI-HEALTH SUPPLEMENTS, LLC d/b/a SEDONA LABORATORIES, ALAN LEMISCH, KWAN SUNG JIN, FRED AUZENNE, and TRACY KING, | ) |
| Defendants. | ) |

RECEIVED JUN 13 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## CONSENT JUDGMENT

Plaintiff Block Drug Company, Inc. ("Block Drug"), Defendant Sedona Laboratories, Inc. ("Sedona"), and Nutri-Health Supplements, LLC ("Nutri-Health"), wishing to resolve the dispute between them and having entered into a Settlement Agreement and Release with an effective date of June 11, 2007 (the "Settlement Agreement") and consented to judgment as follows, IT IS ORDERED that:

This Court has jurisdiction over the parties and the subject matter of this action.

Block Drug is the owner of all right, title and interest to United States Patent No. 6,344,196 (the "'196 patent").

Judgment is hereby entered in favor of Block Drug and against Sedona and Nutri-Health on Block Drug's claims of infringement of the '196 patent.

All counterclaims against Block Drug and its officers, agents, employees, directors, parents, subsidiaries, and affiliates are hereby dismissed with prejudice.

The claims of the '196 patent are infringed by Sedona and Nutri-Health's manufacture, use, sale and offer for sale of a capsule, tablet or similarly shaped pill in ingestible form that contains the enzyme alpha-galactosidase. Neither Sedona nor Nutri-Health will challenge

the infringement of any claim of the '196 patent or any of its foreign counterparts with respect to any composition of a capsule, tablet or similarly shaped pill in ingestible form that contains the enzyme alpha-galactosidase and will not induce or contribute in any way to the efforts of any third party to do any of the foregoing.

The claims of the '196 patent are valid and enforceable. Neither Sedona nor Nutri-Health will challenge the validity or enforceability of any claim of the '196 patent or any claim of any foreign counterpart of the '196 patent in any proceeding, including any U.S. or foreign court or tribunal or the U.S. Patent and Trademark Office or any foreign patent office. Neither Sedona nor Nutri-Health will induce or contribute in any way to the efforts of any third party to do any of the foregoing.

Sedona and Nutri-Health, and each and all of Sedona and Nutri-Health's officers, agents, servants, employees, attorneys, parents, subsidiaries, assigns, or successors in interest, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby permanently enjoined from infringing any claim of the '196 patent by making, using, offering for sale, selling or importing into the United States any composition in a capsule, tablet or similarly shaped pill in ingestible form containing alpha-galactosidase, or otherwise inducing or contributing to the infringement by others of any claim of the '196 patent.

In the event the '196 patent is held invalid or unenforceable by a court of competent jurisdiction in a final judgment from which there is no further right of appeal or by the U.S. Patent and Trademark Office in a final decision from which no appeal has been taken, then paragraphs 6, 7 and 8 of this Consent Judgment will be held to be null and void.

This Court retains jurisdiction to enforce the Settlement Agreement and this Order.

SO ORDERED this 20th day of June, 2007.

_____
United States District Judge

ASHBY & GEDDES

/s/ John G. Day

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*
*Block Drug Company, Inc.*

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

/s/ David S. Eagle

_____
David S. Eagle (I.D. #3387)
Patrick A. Costello (I.D. #4535)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189
deagle@klehr.com
pcostello@klehr.com

*Attorneys for Defendant Nutri-Health*
*Supplements, LLC d/b/a Sedona Laboratories*

Dated: June 13, 2007
181493.1

YOUNG CONAWAY STARGATT & TAYLOR

/s/ Karen E. Keller

_____
John W. Shaw (I.D. #3362)
Karen E. Keller (I.D. #4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
jshaw@ycst.com
kkeller@ycst.com

*Attorneys for Defendant*
*Sedona Laboratories, Inc.*