IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BLOCK DRUG COMPANY, INC.,                )
                                         )
         Plaintiff,                      )
                                         )
   v.                                    )   C.A. No. 06-350-*** (MPT)
                                         )
SEDONA LABORATORIES, INC., and           )
NUTRI-HEALTH SUPPLEMENTS, LLC            )
d/b/a SEDONA LABORATORIES, ALAN          )
LEMISCH, KWAN SUNG JIN, FRED             )
AUZENNE, and TRACY KING,                 )
                                         )
         Defendants.                     )

## STIPULATED ORDER OF DISMISSAL

Plaintiff Block Drug Company, Inc. ("Block Drug"), having stipulated to the dismissal of all claims against Defendants Alan Lemisch, Kwan Jin, Tracy King and Fred Auzenne in this action, with prejudice, each party to bear its own attorneys' fees and costs;

IT IS SO ORDERED dismissing this action against Defendants Alan Lemisch, Kwan Jin, Tracy King, and Fred Auzenne, with prejudice, each party to bear its own costs and attorney fees.

SO ORDERED this ___ day of June ___, 2007.

_____
United States District Judge

[RECEIVED JUN 13 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]